IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN L. JIMERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5434

_____/

Opinion filed February 10, 2015.

An appeal from an order of the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

John L. Jimerson, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.